BOWERY SAVINGS BANK, Respondent, *v.* FRANK A. CARUCCI, Appellant.

Argued September 30, 1946; decided October 17, 1946.

*Raphael H. Weissman* and *George A. Aliano* for appellant.
*August W. Zaun* and *John J. Redfield* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.